

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED   LAFAYETTE

MAR 0 6 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

JOHN P. GIVENS                                    CIVIL ACTION NO. 6:12-cv-2619
       LA. DOC #332701
VS.                                                           SECTION P

                                                                 JUDGE RICHARD T. HAIK, SR.

HOWARD PRINCE, WARDEN            MAGISTRATE JUDGE C. MICHAEL HILL

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge

previously filed herein,  determining that the findings are correct under the applicable law,  and

noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED**  that the petition for writ of habeas corpus be **DISMISSED WITH**

**PREJUDICE.**

THUS DONE AND SIGNED, in chambers, Lafayette,  Louisiana,  on this _____ day

of _____, 2013.

_____
RICHARD T. HAIK, SR.
UNITED STATES DISTRICT JUDGE